UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SOON HWAN AN,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW FACILITY ADELANTO, et al.,<br>Respondents. | No. 5:26-cv-06344-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition is:

(1) GRANTED, in part, as to Claim Two, with Respondents ORDERED to:

(a) provide a new individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Soon Hwan An (A# 240 500 096)** within seven (7) days of this Order, with instructions that (i) the bond hearing be presided over by a different immigration judge than the immigration judge who presided over the previous custody redetermination hearing; and (ii) the immigration judge

must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or

(b) release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to reasonably assure his appearance as required at future immigration proceedings and to protect the community, if he is not timely provided with the aforementioned bond hearing; and

(2) DENIED as to all other requests for relief without prejudice.

Dated: November 10, 2026__

JOHN D. EARLY
United States Magistrate Judge